# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3945

_____

Linda Booker,       *

     *

        Appellant,      *

     *

    v.      *

     *

United States Internal Revenue      *

Service; Genie Boren,      *    Appeal from the United States

individually and in her official      *    District Court for the

capacity as an agent and employee      *    Eastern District of Arkansas.

of the United States Internal Revenue      *

Service; Cecil Boren, individually and      *      [UNPUBLISHED]

in his official capacity as an agent and      *

employee of the United States Internal      *

Revenue Service,      *

     *

        Appellees.      *

_____

Submitted: November 4, 1999
Filed: November 5, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Appellant Linda Booker appeals the District Court's[1] dismissal of her civil suit as time-barred. Having reviewed the record and the parties' briefs, we agree the action is time-barred, if not under 26 U.S.C. § 7433 (1994), as the District Court held, then under the statute of limitations applicable to actions under <u>Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Henry Woods, United States District Judge for the Eastern District of Arkansas.